| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024<br>Assistant Federal Defender |
| 3 | Counsel Designated for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant<br>JOSE RAMON MARTINEZ |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAMON MARTINEZ,<br><br>Defendant. | No. Cr. S 03-315 MCE<br><br>**STIPULATION AND ORDER FOR EARLY TERMINATTION OF SUPERVISED RELEASE**<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |
|---|---|

It is hereby stipulated and agreed between defendant, JOSE RAMON Martinez, and plaintiff, UNITED STATES OF AMERICA, that the Court enter the order lodged herewith terminating supervised release.

On May 11, 2004, Mr. Ramirez pled guilty to a single count of the indictment charging him with conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1). On August 3, 2004, this Court sentenced Mr. Ramirez to the low end of the applicable guideline range, 168 months custody, a term of supervised release of 60 months, and a $100 special assessment. Mr. Ramirez had no prior criminal history.

On November 26, 2014, pursuant to a stipulation of the parties based on Amendment 782 to the United States Sentencing Guidelines, also known as the "Drugs Minus Two Amendment," the Court reduced Mr. Ramirez's to 135 months custody, the low end of the amended guideline range. Mr. Martinez was released from prison on June 5, 2015. He has paid his special

assessment in full.

Mr. Martinez is gainfully employed. After he was released from the custody of the Bureau of Prisons, he went to work for Bobby's Gutter Cleaning and Repair, and he is employed there now. He lives in West Sacramento where he takes an active role in raising his 18-year-old and 16-year old sons, whom he supports. He has abided by the conditions of his supervision. He was seen approximately five times by his probation officer in 2016, and twice in 2017, the last time being in March or April of last year. His elderly aunt, who raised him, now resides in Boston, Massachusetts, and he might need to travel there at short notice. Under these circumstances, the parties agree that the interest of justice and Mr. Martinez's conduct in maintaining gainful employment, securing stable housing, and supporting his children warrant early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

Respectfully submitted,

HEATHER C. WILLIAMS
Federal Defender

Dated: June 6, 2018        /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
JOSE RAMON MARTINEZ

McGREGOR SCOTT
United States Attorney

Dated: June 6, 2018        /s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

# ORDER

Pursuant to the parties' stipulation and 18 U.S.C. § 3583(e)(1), and good cause appearing therefor, defendant's term of supervised release is TERMINATED.

The motion to terminate supervised release, filed May 17, 2018, is DISMISSED as moot, and the hearing on that motion, set for June 7, 2018, is VACATED.

IT IS SO ORDERED.

**Dated: June 14, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE